UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY WINDLEY,

        Petitioner,

    -against-                              08 Civ. 7197 (LAK)

JIM CONWAY, Superintendent,
Attica Correctional Facility

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    **ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

LEWIS A. KAPLAN, *District Judge.*

        Anthony Windley has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing § 2254 Cases in the United States Courts, I have given the Petition preliminary consideration and direct that the District Attorney or the Attorney General, as agreed between themselves, file an Answer within thirty (30) days of the date of this Order. The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying Petition on the Honorable Andrew Cuomo, Attorney General of the State of New York, and on the Honorable Robert T. Johnson, the District Attorney of Bronx County.

        SO ORDERED.

Dated:        September 2, 2008

                                                        _____
                                                        Lewis A. Kaplan
                                                        United States District Judge